| | | | | |
|---|---|---|---|---|
| K.M.J., In re ............... | 17–FS–353, 17–FS–374, 17–FS–375 | 12/07/2017 | Affirmed | Breslow, Dalton |
| Forte v. U.S. ............... | 16–CO–350 | 12/07/2017 | Affirmed | Pan |
| A.I., In re ................... | 16–FS–223 | 12/05/2017 | Affirmed | Breslow, Puig-Lugo |
| Delaney v. DC DOES / Paragon Systems, Inc. & AIG Claims Servs., Inc.......... | 16–AA–1047 | 12/05/2017 | Affirmed | Compensation Review Board |
| Warner v. U.S. ............. | 16–CO–271, 16–CO–380 | 12/04/2017 | Affirmed | Wynn |
| McDaniel v. U.S. ........... | 16–CM–435 | 12/01/2017 | Affirmed in part, Vacated in part | Jackson |